CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
~~for~~ Roanoke
JUL - 2 2013
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| HUGH KEVIN WOODDELL,<br>    Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:13-cv-00139 |
| v. | ) <br> ) | **ORDER** |
| EARL BARKSDALE,<br>    Respondent. | ) <br> ) <br> ) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; petitioner's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This 2nd day of July, 2013.

/s/ Jackson L. Kiser
Senior United States District Judge